# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.
05 MAY 11 PM 4:32
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**ROBERT JOE HOOD,**

**Petitioner,**

**v.**

**MARK H. LUTTRELL, JR.,**

**Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2590 Ml/V**

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Reconsideration, Order Vacating December 23, 2004, Order and Judgment, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith and Notice of Appellate Filing Fee entered May 11, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 11, 2005
DATE

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02590 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

Robert Joe Hood
SCCC
113059
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT